JS - 6

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN LEICHT, | Case No. SACV 12-00354 SJO (PLAx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| THE SOUTHWEST CARPENTERS PENSION PLAN, | |
| Defendant. | |

## JUDGMENT

The Court having received and reviewed the parties' cross-motions for summary judgment, as well as the attached Declarations and Exhibits, and the contents of the Court's file, and good cause appearing therefore,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of Defendant as to Plaintiff's claim for relief under 29 U.S.C. § 1132(a)(1)(B). Plaintiff shall take nothing by his Complaint.

**IT IS SO ORDERED, ADJUDGED, AND DECREED.**

DATED: April 22, 2013.

_____
Judge S. James Otero
United States District Court Judge