FILED
CLERK, U.S. DISTRICT COURT

July 21, 2015.

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOHN LEICHT, et al., | NO. SACV-12-00354 SJO (PLAx) |
| Plaintiffs, | **JUDGMENT** |
| -vs- | |
| THE SOUTHWEST CARPENTERS PENSION PLAN, et al., | |
| Defendants. | |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT Judgment be entered in favor of Plaintiff John Leicht as follows:

1. Plaintiff's retirement benefits are reinstated and Defendant shall pay to Plaintiff retroactive benefits and interest thereon through June 30, 2015, in the sum of $125,000.00. This sum includes interest on the underpaid benefits at the rate of 5%.

2. Plaintiff's costs in the sum of $1,596.49.

3. Attorney fees to Plaintiff's counsel at the rate of $700 per hour, in the sum of $335,000.00.

4. The above-referenced provisions relating to attorneys fees and costs shall be

in full satisfaction of all obligations of the Defendant to the Plaintiff and Plaintiff's counsel that Plaintiff and Plaintiff's counsel have or could have raised in this matter. The remainder of the above-referenced provisions shall be in full satisfaction of all other obligations of the Defendant to the Plaintiff and Plaintiff's counsel as of June 30, 2015 that Plaintiff and Plaintiff's counsel have or could have raised in this matter.

IT IS SO ORDERED

Dated:

July 21, 2015.

*S. James Otero* (signature)

_____
S. JAMES OTERO
United States District Court Judge

Submitted by Ronald Dean
Dated: July 16, 2015

    /s/ Ronald Dean
RONALD DEAN
Attorney for Plaintiff John Leicht

Approved as to form and content:

Dated: July 16, 2015

    /s/ Desmond C. Lee
Desmond C. Lee, Esq.
DeCarlo & Shanley
Attorneys for Defendant

I, Ronald Dean, attest that all other signatories listed hereon, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: July 16, 2015

    /s/ Ronald Dean
RONALD DEAN